IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN HALL, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 08-5020 |
| MICHAEL RAECH, JOSEPH CARBONI and CITY OF COATESVILLE, | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this \_\_\_\_\_ day of January, 2010, upon consideration of the summary judgment motion of defendants Michael Raech, Joseph Carboni, and the City of Coatesville (docket no. 32), plaintiff Stephen Hall's response thereto, and defendants' reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

With respect to Count VII of plaintiff's first amended complaint, the motion is **GRANTED**. Judgment is entered in favor of defendant City of Coatesville and against plaintiff on Count VII, and the City of Coatesville is dismissed as a party to this action.

With respect to Counts I, II, III, IV, V, and VI, the motion is **DENIED**.

Trial in this matter is scheduled for March 8, 2010, at 10:00 a.m.

                                               s/ William H. Yohn Jr., Judge
                                               William H. Yohn Jr., Judge